**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

GERALD HAMILTON                      PLAINTIFF

v.                NO. 4:12CV00670 JLH

ORTHO CLINICAL DIAGNOSTICS,
a Johnson & Johnson Company; and
ORTHO CLINICAL DIAGNOSTICS, INC.            DEFENDANTS

## ORDER

This case was transferred to the docket of the undersigned on November 7, 2013. Prior to the transfer order being docketed, a new scheduling order was entered setting the trial date as August 25, 2014, before Chief Judge Brian Miller. The week of August 25, 2014, is a divisional office travel week for this Court, therefore, this case cannot be tried as currently scheduled. The trial date is hereby continued. A new trial date will be set by separate order.

IT IS SO ORDERED this 2nd day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE