**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GERALD HAMILTON                                                                                       PLAINTIFF

v.                                      No. 4:12CV00670 JLH

ORTHO CLINICAL DIAGNOSTICS,
a Johnson & Johnson Company; and
ORTHO CLINICAL DIAGNOSTICS, INC.                                           DEFENDANTS

**ORDER**

Without objection, the motion to dismiss separate defendant Ortho Clinical Diagnostics, a Johnson & Johnson Company, is GRANTED.  Document #109.  Ortho Clinical Diagnostics, a Johnson & Johnson Company, is hereby dismissed from this action.

IT IS SO ORDERED this 2nd day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE